**Zachary COOPER, SR., Plaintiff–Appellant,**

v.

**J. DOOLEY, Counselor; Cordle, Counselor; D. Vass, Treatment Program Supervisor; K. Price, Human Rights Advocate; K.L. Pickerel, Former Assistant Warden; R.C. Mathena, Warden; C. Parr, Human Rights Advocate Senior; W.L. Huffman, Former Regional Director; J. Garman, Regional Director; Gene Johnson, Director, Defendants–Appellees.**

No. 10–7226.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 22, 2011.

Decided: March 15, 2011.

Zachary Cooper, Sr., Appellant Pro Se.

---

* Gary L. Smith did not join in this motion.

254

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zachary Cooper, Sr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Cooper v. Dooley,* No. 7:10–cv–00290–gec–mfu (W.D.Va. July 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*